# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 91 CR 20006 - 21<br>91 CR 20009-1 | **DATE** | 12/14/2007 |
| **CASE TITLE** | USA vs. Charles Moline | | |

**DOCKET ENTRY TEXT:**

Initial supervised release status hearing set for December 18, 2007 at 10:00 a.m. Defendant and Probation Officer to appear.

*[Signature]*

Telephone/ Notice to Probation by Judicial staff.

**FILED**

DEC 1 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | Courtroom Deputy Initials: | JT |
|---|---|---|