## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 91 cr 20006-21<br>91 cr 20009-1 | **DATE** | 12/18/2007 |
| **CASE TITLE** | USA vs. Charles Moline | | |

**DOCKET ENTRY TEXT:**

Initial supervised release status hearing held. Defendant is reminded to follow all the conditions of supervised release.

*[signature]*

Notice to Probation by Judicial staff.

00:08

**FILED**

DEC 1 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|